PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
    UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VICTOR J. WATKINS,<br><br>　　　　　　Defendant. | Case No. . 5:21-po-0581-SAB<br><br>MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c); FED. R. CRIM. P. 32.1(c)(2)(B); and ORDER |

The United States Attorney, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney hereby moves for an early termination of probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c)(2)(B).

On March 4, 2022, the Court sentenced Defendant to serve 90 days unsupervised probation to expire on June 4, 2022 (ECF No. 11). The conditions of Defendant's probation include payment of a fine in the amount of $180.00; payment of a special assessment in the amount of $10.00; and payment of a processing fee in the amount of $30.00 for a total financial obligation of $220.00 to be paid in full by April 1, 2022. The Court set a Probation Review Hearing for May 3, 2022, at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

Defendant has paid the fine in full. (See ECF No. 13 ("PAYMENT $220.00 received.").

The government respectfully request this Court to terminate probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c)(2)(A) (no hearing required if "relief sought is favorable to the person and does not extend the term of probation or of supervised release").

DATED: April 29, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Defendant's probation be terminated and that the Probation Review Hearing in this matter be vacated.

IT IS SO ORDERED.

Dated: **April 29, 2022**

_____
UNITED STATES MAGISTRATE JUDGE